IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00352-WYD-KMT

PEGGY SALAZ,

    Plaintiff,

v.

NORTHSTAR LOCATION SERVICES, LLC, a New York limited liability company,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

In accordance with the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) filed March 25, 2011, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, with each party to pay her or its own attorney's fees and costs.

Dated this 28th day of March, 2011.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        CHIEF UNITED STATES DISTRICT JUDGE